# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    **v.**

**BRIAN KAMPEL,**

        **Defendant**

CRIMINAL NO.

**VIOLATIONS:**

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)
(Access with Intent to View
Child Pornography)

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

Case No. 20-cr-84
Assigned to: Judge Dabney L. Friedrich
Assign Date: 5/18/2020
Description: INFORMATION

On or about and between September 1, 2011 and September 10, 2019, in the District of Columbia and

elsewhere, the defendant, **BRIAN KAMPEL**, did knowingly access with intent to view 1 or more image or

video file, or other matter, which contain any visual depiction that has been mailed, or has been shipped or

transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign

commerce, by any means including by computer and the internet, and such visual depiction is of such conduct.

    (**Access with Intent to View Child Pornography**, in violation of Title 18, United States Code,

Sections 2252(a)(4)(B) and (b)(2))

TIMOTHY SHEA
United States Attorney

*Amy E. Larson*

Amy E. Larson
Assistant United States Attorney.
New York Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W., Room 4-842
Washington, D.C. 20530
202-252-7863
Amy.larson2@usdoj.gov